**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Jointly Administered** |
| **HILLSBOROUGH HOLDINGS** | **Case Nos. 8:89-bk-9715** |
| **CORPORATION,** | **through 8:89-bk-9746** |
| | **and 8:90-bk-11997** |
| Debtor. | |

| | |
|---|---|
| **In re:** | |
| | |
| **JW ALUMINUM COMPANY,** | **Case No. 8:89-bk-9718** |
| | |
| **Applicable Debtor.** | |

<u>**MOTION TO REOPEN CHAPTER 11 CASE**</u>

JW Aluminum Company ("**JW Aluminum**"), formerly a Debtor and Debtor in Possession, respectfully requests the entry of an order reopening its Chapter 11 case to allow JW Aluminum to file an adversary proceeding seeking a judgment determining that particular debts and claims arising under the Coal Industry Retiree Health Benefit Act of 1992 ("**Coal Act**"), 26 U.S.C. § 9701 *et seq*., have been discharged and to recover damages.  These debts and claims are the subject of pending litigation commenced by the Trustees of the United Mine Workers of America 1992 Benefit Plan and the Trustees of the United Mine Workers of America Combined Benefit Fund (collectively, the "**UMWA Trustees**") against JW Aluminum, Civil Action No. 16-cv-1577, in the United States District Court for the District of Columbia (the "**D.C. Litigation**").  JW Aluminum seeks a judgment that: (i) the claims asserted by the UMWA Trustees in the D.C. Litigation have been discharged and (ii) the UMWA Trustees' actions in pursuing those discharged claims against JW Aluminum violate 11 U.S.C. § 1141(d) and orders entered by this Court, and entitle JW Aluminum to recover actual and punitive damages.

In support of its motion, JW Aluminum states the following:

1.      JW Aluminum was previously a wholly-owned subsidiary of Hillsborough Holdings Corporation ("**Hillsborough**").  JW Aluminum, together with Hillsborough and several of its other subsidiaries (collectively, the "**Affiliated Debtors**"), filed their Voluntary Petitions for Relief under Chapter 11 of the Bankruptcy Code on December 27, 1989 in this Court.[1]

2.      On November 5, 1990, the Affiliated Debtors reorganized through a mirror liquidation plan authorized by the Bankruptcy Court, with the result that Hillsborough was renamed Walter Industries, Inc.

3.      On December 9, 1994, the Affiliated Debtors, including JW Aluminum and certain creditors, proposed their Amended Joint Plan of Reorganization.

4.      On March 2, 1995, this Court confirmed the Amended Joint Plan of Reorganization and entered its Order Confirming Amended Plan of Reorganization (the "**Confirmation Order**").

5.      Pursuant to § 1141(d) of the Bankruptcy Code and the Confirmation Order entered on March 2, 1995, JW Aluminum was discharged of all claims arising before the Effective Date of March 17, 1995.

6.      After plan confirmation, Walter Industries, Inc. was renamed Walter Energy, Inc. ("**Walter Energy**").

7.      On August 3, 2016, the UMWA Trustees filed the D.C. Litigation against United States Pipe and Foundry Company, LLC ("**U.S. Pipe**"), an Affiliated Debtor, alleging that U.S. Pipe is a "related person" to Walter Energy under the Coal Act and therefore jointly and severally

---

[1] Another subsidiary filed a Chapter 11 petition on December 3, 1990.

liable for Coal Act obligations with respect to certain retired coal miners formerly paid by Walter Energy.

8.     On March 27, 2017, the UMWA Trustees filed an amended complaint in the D.C. Litigation to name JW Aluminum and JW Window Components, LLC, an Affiliated Debtor, as additional defendants in the D.C. Litigation and to allege that JW Aluminum and JW Window Components, LLC are also "related persons" to Walter Energy and therefore also jointly and severally liable for the subject Coal Act obligations.

9.     Pursuant to 11 U.S.C. §§ 105 and 350, JW Aluminum respectfully requests the entry of an order reopening the bankruptcy case to hear the adversary proceeding to be filed by JW Aluminum, in substantially the form attached hereto as Exhibit 1.

WHEREFORE, JW Aluminum respectfully requests that this Court enter an order: (a) granting this motion; (b) reopening JW Aluminum's bankruptcy case; and (c) providing such other and further relief as is just.

DATED: June 9, 2017.

/s/ *Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida  33602
Phone: (813) 229-0144
Fax: (813) 229-1811
Email: sstichter@srbp.com

and

Mark M. Maloney (Ga. Bar No. 468104)
Kevin J. O'Brien (Ga. Bar No. 714849)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
Email: mmaloney@kslaw.com
          kobrien@kslaw.com

*Attorneys for Applicable Debtor*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Reopen

Chapter 11 Case has been furnished on June 9, 2017, by either the Court's CM/ECF system or

First Class United States Mail to:

Office of the United States Trustee

United Mine Workers of America 1992 Benefit Plan
2121 K Street, N.W.
Washington, DC 20037

United Mine Workers of America Combined Benefit Fund
2121 K Street, N.W.
Washington, DC 20037

/s/ *Scott A. Stichter*
Scott A. Stichter