**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**HILLSBOROUGH HOLDINGS CORPORATION,**<br><br>Debtor. | **Chapter 11<br>Jointly Administered<br>Case No. 8:89-bk-9715<br>through 8:89-bk-9746<br>and 8:90-bk-11997** |
| **In re:**<br><br>**JW ALUMINUM COMPANY,**<br><br>Debtor. | **Case No. 8:89-bk-9718** |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CASE came on for consideration without hearing on the Motion to Appear *Pro Hac Vice* (Doc. No. __) (the "**Motion**"), filed by Mark M. Maloney for representation of Debtor JW Aluminum Company. The Court finds that the Motion is well taken and should be granted.

Accordingly, it is **ORDERED** that

1. The Motion is GRANTED.

2. Subject to Local Rule 2090-1, Mark M. Maloney ("**Attorney**") is admitted to appear before this Court in this case and any related adversary proceeding as counsel for Debtor JW Aluminum Company.

3. Within fourteen (14) days from the date of this Order, Attorney shall pay to the Clerk of the United States District court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00, accompanied by a copy of the Court's order. Upon payment of the fee, Attorney shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

4. Upon completion of the Court's electronic filing registration forms and requirements, the Clerk is directed to issue the Attorney a temporary login and password to the Court's electronic filing system (CM/ECF) with filing privileges limited to this case and any related adversary proceedings. CM/ECF access request should be directed to the ECF Helpdesk at ecfhelp@flmb.uscourts.gov. PACER accounts required for viewing must be set up by the Attorney through PACER at www.pacer.gov.

5. Attorney Scott A. Stichter is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a certificate of service within 3 days of the date of this order.