UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

HILLSBOROUGH HOLDINGS
CORPORATION,

      Debtor.

Chapter 11
Jointly Administered
Case Nos. 8:89-bk-9715
through 8:89-bk-9746
and 8:90-bk-11997

In re:

JW ALUMINUM COMPANY,

      Applicable Debtor.

Case No. 8:89-bk-9718

## PROOF OF SERVICE OF ORDER

I HEREBY CERTIFY that true and correct copies of the Order on Motion to Reopen Chapter 11 Case have been furnished on June 13, 2017 by the Court's CM/ECF system to the Office of the United States Trustee; and by U.S. Mail on June 19, 2017 to:

United Mine Workers of America 1992 Benefit Plan
2121 K Street, N.W.
Washington, D.C.  20037

United Mine Workers of America Combined Benefit Fund
2121 K Street, N.W.
Washington, D.C.  20037

      /s/ *Scott A. Stichter*
      Scott A. Stichter (FBN 0710679)
      STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
      110 E. Madison Street, Suite 200
      Tampa, Florida  33602
      (813) 229-0144 – Phone
      (813) 229-1811 – Fax
      Email:  sstichter@srbp.com
      Attorneys for JW Aluminum Company